1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HON LAU,

11              Plaintiff,                      No. CIV S-09-3146 DAD P

12         vs.

13   BILL LOCKYER,

14              Defendant.                      ORDER
                                        /
15
            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to
16
     42 U.S.C. § 1983.  On several occasions, the court has directed plaintiff to either pay the filing
17
     fee in full for this action or file a properly completed in forma pauperis application.  (See Doc.
18
     Nos. 4, 9, 11, & 14.)  On each occasion, and most recently on June 3, 2010, plaintiff has filed an
19
     in forma pauperis application without a certified copy of his trust account statement, as required
20
     by 28 U.S.C. § 1915(a)(2).
21
            Accordingly, IT IS HEREBY ORDERED that:
22
            1.  Plaintiff's June 3, 2010 application to proceed in forma pauperis (Doc. No. 15)
23
     is denied; and
24
            2.  Within thirty days of the date of this order, plaintiff shall show cause in writing
25
     why this action should not be dismissed for failure to pay the filing fee in full or file a properly
26

                                             1

1 | completed in forma pauperis application.  If plaintiff is unable to obtain a certified copy of his

2 | trust account statement from the California Department of Corrections and Rehabilitation, as he

3 | seems to suggest, he shall provide the dates on which he requested his trust account statement; to

4 | whom he made his requests; and the reasons that were given by prison officials for denying his

5 | request.  Plaintiff is warned that failure to respond to this order may result in dismissal of this

6 | action for the reasons outlined above.

7 | DATED: June 8, 2010.

8

9

10

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11 | DAD:sj
lau3146.46ifp

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26